### Luckasevic et al., Appellants, *v.* Charleroi Borough.

 Argued November 9, 1971. *Herman J. Bigi*, with him *Hormell, Tempest, Simmons, Bigi & Melenyzer*, for appellants; *Jack H. France*, with him *Murphy and France*, for appellee.

Order and judgment affirmed.

SPAULDING, J., absent.

### McDonald Associates *v.* Charleroi Borough, Appellant.

Argued November 9, 1971. *Jack H. France*, with him *Murphy & France*, for appellant; *Melvin B. Bassi*, for appellee.

Judgment affirmed.

SPAULDING, J., absent.